UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10969-DPW<br>(Sutton Brook) |
| Plaintiff, | | |
| v. | | |
| THE BLACK & DECKER CORPORATION, BLACK & DECKER, INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART INDUSTRIES, INC., | | |
| Defendants. | | |

**<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Memorandum in Support of its Motion for Summary Judgment Regarding The Sutton Brook Site;

- Appendix to Black & Decker's Memorandum in Support of its Motion for Summary Judgment Regarding The Sutton Brook Landfill Site; and

- Black & Decker's Statement of Material Facts as to Which There is No Genuine Dispute Regarding The Sutton Brook Site.

The original documents are maintained in the case file in the Clerk's Office.

Dated: November 30, 2004         /s/ Jack R. Pirozzolo
                                                      Jack R. Pirozzolo, BBO# 400400
                                                      Richard L. Binder, BBO# 043240
                                                      James J. Nicklaus, BBO# 564806
                                                      Willcox, Pirozzolo & McCarthy
                                                      Professional Corporation
                                                      50 Federal Street
                                                      Boston, Massachusetts  02110
                                                      (617) 482-5470