UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BLACK & DECKER CORPORATION, ) <br> BLACK & DECKER, INC., BLACK & DECKER ) <br> (U.S.) INC., EMHART CORPORATION, and ) <br> EMHART INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 96-10804-DPW <br> NO. 1:04-CV-10969-DPW <br> (Sutton Brook) |

**NOTICE OF FILING WITH CLERK'S OFFICE**
**REGARDING THE SUTTON BROOK SITE**

Notice is hereby given that the following document has been manually filed under seal with the Court and is available in paper form only.

- Black & Decker's Opposition To Liberty Mutual Insurance Company's Motion For Summary Judgment With Respect To The Sutton Brook Landfill Site

The original document is maintained in the case file in the Clerk's Office.


Dated: December 22, 2004           /s/ Jack R. Pirozzolo
                                                                   Jack R. Pirozzolo, BBO# 400400
                                                                   Richard L. Binder, BBO# 043240
                                                                   James J. Nicklaus, BBO# 564806
                                                                   Willcox, Pirozzolo & McCarthy
                                                                   Professional Corporation
                                                                   50 Federal Street
                                                                   Boston, Massachusetts 02110
                                                                   (617) 482-5470