UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ) | CIVIL ACTION |
| LIBERTY MUTUAL INSURANCE ) | No. 96-10804-DPW |
| COMPANY, ) | |
| ) | 1:04-CV-10969-DPW |
| Plaintiff, ) | (Sutton Brook Site) |
| ) | |
| v. ) | |
| ) | |
| THE BLACK & DECKER ) | |
| CORPORATION, BLACK & DECKER ) | |
| INC., BLACK & DECKER (U.S.) ) | |
| INC., EMHART CORPORATION, ) | |
| and EMHART, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S ASSENTED-TO MOTION FOR LEAVE
TO FILE OPPOSITION IN EXCESS OF TWENTY PAGES**

Pursuant to Local Rule 7.1(B)(4), plaintiff, Liberty Mutual Insurance

Company ("Liberty Mutual"), hereby moves this Court for an Order granting

Liberty Mutual leave to file Liberty Mutual Insurance Company's Opposition to

Black & Decker's Motion for Summary Judgment Regarding the Sutton Brook Site,

which exceeds twenty pages in length.

As grounds for the instant motion, Liberty Mutual states that a significant

number of legal and factual issues must be addressed in the opposition. Liberty

Mutual respectfully submits that an opposition exceeding twenty pages in length is

necessary in order to provide a full explication of these issues to the Court. The

Defendants have assented to this motion.

WHEREFORE, Liberty Mutual respectfully requests that this Court issue an Order granting Liberty Mutual leave to file Liberty Mutual Insurance Company's Opposition to Black & Decker's Motion for Summary Judgment Regarding the Sutton Brook Site, in a form exceeding twenty pages in length.

LIBERTY MUTUAL INSURANCE COMPANY

By its attorneys,

_____/s/ Ralph T. Lepore III_____
Ralph T. Lepore III (BBO #294420)
Janice Kelley Rowan (BBO #265520)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Dated:  December 22, 2004

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that I conferred with counsel for defendants, Richard Binder, on December 22, 2004, and Mr. Binder assented to the filing of this motion.

_____/s/ Ralph T. Lepore, III_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2004, I caused a copy of the foregoing motion to be served by hand upon counsel for defendants, Jack R. Pirozzolo, at Willcox, Pirozzolo and McCarthy, P.C., 50 Federal Street, Boston, MA 02110.

/s/ James M. Tierney

# 2483617_v1