UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>THE BLACK & DECKER CORPORATION,  )<br>BLACK & DECKER, INC., BLACK & DECKER  )<br>(U.S.) INC., EMHART CORPORATION, and  )<br>EMHART INDUSTRIES, INC.,  )<br>  )<br>Defendants.  )<br>  ) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10969-DPW<br>   (Sutton Brook) |

**ASSENTED TO MOTION FOR LEAVE TO FILE UNDER SEAL
CERTAIN BLACK & DECKER FILINGS CONCERNING ITS
REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR
<u>SUMMARY JUDGMENT REGARDING THE SUTTON BROOK SITE</u>**

Black & Decker, with the assent of Liberty Mutual, moves, pursuant to Local Rule 7.2, for leave to file <u>under</u> <u>seal</u> its Reply Memorandum In Support Of Black & Decker's Motion For Summary Judgment Regarding The Sutton Brook Site and the Affidavit of Richard L. Binder in support thereof. These filings contain or refer to confidential documents produced by the parties pursuant to protective orders designed to ensure the confidentiality of said documents. These filings also respond to Liberty Mutual filings which themselves were filed under seal. Pursuant to Local Rule 7.2, Black & Decker requests that this Court enter an Order authorizing the sealing of the memorandum and affidavit, filed in connection with its summary judgment motion.

- 2 -

Black & Decker also requests that the Court maintain these documents under seal until this action is closed and, thereafter, that these documents be returned to counsel.

By their attorneys,

Dated: January 5, 2005

/s/ Jack R. Pirozzolo
Jack R. Pirozzolo, BBO# 400400
Richard L. Binder, BBO# 043240
James J. Nicklaus, BBO# 564806
Willcox, Pirozzolo & McCarthy
Professional Corporation
50 Federal Street
Boston, Massachusetts  02110
(617) 482-5470