UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE BLACK & DECKER CORPORATION, ) <br> BLACK & DECKER, INC., BLACK & DECKER ) <br> (U.S.) INC., EMHART CORPORATION, and ) <br> EMHART INDUSTRIES, INC., ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION <br> NO. 96-10804-DPW <br> NO. 1:04-CV-10969-DPW <br> (Sutton Brook) |

**NOTICE OF FILING WITH CLERK'S OFFICE**
**REGARDING THE SUTTON BROOK SITE**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Reply Memorandum In Support Of Black & Decker's Motion For Summary Judgment Regarding The Sutton Brook Site

- Affidavit of Richard L. Binder

The original documents are maintained in the case file in the Clerk's Office.


Dated: January 5, 2005        /s/ Jack R. Pirozzolo
                              Jack R. Pirozzolo, BBO# 400400
                              Richard L. Binder, BBO# 043240
                              James J. Nicklaus, BBO# 564806
                              Willcox, Pirozzolo & McCarthy
                              Professional Corporation
                              50 Federal Street
                              Boston, Massachusetts  02110
                              (617) 482-5470