# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>               Plaintiff,<br>     v.<br><br>THE BLACK & DECKER CORPORATION, BLACK & DECKER INC., BLACK & DECKER (U.S.) INC., EMHART CORPORATION, and EMHART, INC.,<br><br>               Defendants. | C.A. No. 1:04-CV-10969-DPW |

## STIPULATION OF DISMISSAL
### (Sutton Brook Site)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims and counterclaims in the captioned action are hereby dismissed, with prejudice, without costs, and with all rights of appeal waived.

Respectfully submitted,

LIBERTY MUTUAL INSURANCE
COMPANY

THE BLACK & DECKER
CORPORATION, ET ALS.

By its Attorneys,

By their Attorneys,

Ralph T. Lepore, III (BBO #294420)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700

Jack R. Pirozzolo (BBO #400400)
Richard L. Binder (BBO #043240)
WILLCOX, PIROZZOLO &
MCCARTHY
Professional Corporation
50 Federal Street
Boston, Massachusetts 02110
(617) 482-5470

Dated:  March 24, 2005

# 2589414_v1

I hereby certify under the pains and penalties
of perjury that this document was served upon
counsel for all parties in this case on

3-24-05        By Hand / By Mail

- 2 -